JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN BARAJAS GUERRERO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRIAN BIRKHOLZ,<br><br>　　　　　Respondent. | Case No. 2:22-cv-08464-MCS (SK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Granting Respondent's Unopposed Motion to Dismiss Petition, **IT IS ADJUDGED** that this action is dismissed for lack of jurisdiction.

DATED: May 3, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MARK C. SCARSI
　　　　　　　　　　　　　　　　United States District Judge